1  LOCKE LORD BISSELL & LIDDELL LLP
2  Nina Huerta (SBN: 229070)
   nhuerta@lockelord.com
3  Daniel A. Solitro (SBN: 243908)
   dsolitro@lockelord.com
4  300 South Grand Avenue, Suite 2600
5  Los Angeles, California 90071
   Telephone:  213-485-1500
6  Facsimile:  213-485-1200
7
   Attorneys for Defendants
8  AMERICAN HOME MORTGAGE SERVICING, INC
9  and DAVID FRIEDMAN

10              UNITED STATES DISTRICT COURT

11       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

12

13  Arletta Wright,                      )  CASE NO. 6:10-cv-447 VAP (VBKx)
                                         )
14                                       )
           Plaintiff,                    )  **DEFENDANTS' NOTICE OF**
15                                       )  **REMOVAL**
                                         )
16     v.                                )  **[28 U.S.C. §§ 1331, 1332 and 1441]**
                                         )
17                                       )
18  American Home Mortgage Servicing, Inc. &  )  [Superior Court of California, County
    David Friedman, CEO,                 )  of Riverside, Case No. RIC
19                                       )  10002617]
                                         )
20                                       )
           Defendants.                   )
21                                       )
                                         )
22                                       )  Complaint Filed: February 18, 2010

23  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL INTERESTED**
24  **PARTIES AND THEIR ATTORNEYS OF RECORD:**
25       Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, Defendants
26  American Home Mortgage Servicing, Inc. ("AHMSI") and David Friedman (together,
27  "Defendants") hereby remove this action from the Superior Court of California,
28  County of Riverside, to the United States District Court for the Central District of

*Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071*

FILED
2010 MAR 25  AM 11:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

CONFORM COPY

1  California, Eastern Division and state as follows:

2  **STATEMENT OF THE CASE**

3      1.      On February 18, 2010, plaintiff Arletta Wright ("Plaintiff" or "Wright")

4  commenced an action in the Superior Court of California, County of Riverside,

5  entitled *Arletta Wright v. American Home Mortgage Servicing Inc. et al.*, Case No.

6  RIC 10002617 (the "State Court Action").  Plaintiff served the summons and

7  complaint in the State Court Action on Defendants on February 23, 2010.  True and

8  accurate copies of the summons and complaint in the State Court Action are attached

9  hereto as *Exhibit 1*.  This is the only state court pleading or order served on any of the

10 Defendants as of the date of this filing.

11     2.      This Notice of Removal is filed within 30 days of service of the

12 Complaint on Defendants and, thus, within 30 days of the date any Defendant became

13 aware of the State Court Action.  Removal is therefore timely in accordance with 28

14 U.S.C. § 1446(b).

15     3.      Plaintiff's Complaint purports to assert four causes of action, identified

16 and/or generally alleged as follows:

17     (1)    Fraud;

18     (2)    Violation of the Truth In Lending Act ("TILA") and Consumer Credit

19            Protection Act, 15 U.S.C. § 1601 *et seq*.;

20     (3)    Violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601

21            *et seq*. ("RESPA"); and

22     (4)    Breach of contract and mortgage fraud.

23 **FEDERAL QUESTION JURISDICTION**

24     4.      A case may be removed to a federal court if it could have been brought in

25 that federal court originally.  28 U.S.C. § 1441(b); *Rivet v. Regions Bank of Louisiana*,

26 522 U.S. 470, 474 (1998).

27 ///

28 ///

*Locke Lord Bissell & Liddell LLP*
*300 South Grand Avenue, Suite 2600*
*Los Angeles, CA 90071*

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

5.     This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because several of Plaintiff's claims arise under the laws of the United States.  The Supreme Court has held that federal courts have jurisdiction to hear, originally or by removal from state court, cases where federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.  *See Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 9 (1983).

6.     Plaintiff alleges claims for violation of TILA (15 U.S.C. § 1601 *et seq.*) and RESPA (12 U.S.C. § 2601 *et seq.*).

7.     Moreover, pursuant to 28 U.S.C. § 1367(a), the Court has supplemental jurisdiction over Plaintiff's state and common law claims.  Federal district courts have supplemental jurisdiction over state law claims that share a "common nucleus of operative facts" with a federal claim.  *City of Chicago v. International College of Surgeons*, 522 U.S. 156, 164-65 (1997).  Plaintiff's state and common law claims and Plaintiff's federal claims form part of the same case or controversy and, accordingly, arise out of a common nucleus of operative facts.

## DIVERSITY JURISDICTION

8.     This Court also has jurisdiction over this matter under 28 U.S.C. § 1332, because there is complete diversity of citizenship between Plaintiff and all Defendants and more than $75,000, exclusive of interest and costs, is at stake.

9.     Plaintiff is a resident of Temecula, California, in the County of Riverside.  Thus, Plaintiff is a citizen of California.

10.    None of the Defendants in this action are now, or at the time of the filing of the Complaint were, a citizen of California.

11.    AHMSI is a Delaware corporation with its principal place of business in Texas.  AHMSI's "high level officers direct, control, and coordinate the corporation's activities" out of its Coppell, Texas offices.  *Hertz Corp. v. Friend*, __ U.S.__, 138 S.Ct. 1181 (2010).  Accordingly, AHMSI is not a citizen of California.

12.     Defendant David Friedman's domicile currently, and at the time this lawsuit was filed, is Texas.  He is therefore a citizen of Texas.

13.     Plaintiff specifically seeks damages in the amount of $240,513.59. Therefore, the amount in controversy exceeds $75,000.

## REMOVAL REQUIREMENTS

14.     The undersigned counsel represents Defendants AHMSI and David Friedman in this matter, who both join in this Notice of Removal.  Upon information and belief, no other defendants have been served with the Complaint in this matter, and therefore additional consent to this removal is not required. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (requirement for consent applies "only to defendants properly joined and served in the action").

15.     Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a), because the Central District of California is the federal judicial district embracing the Superior Court of California for the County of Riverside, where the State Court Action was originally filed.

16.     The Eastern Division of the Central District of California is proper because Plaintiff resides in the Eastern Division, each defendant resides in a place outside of the Central District of California, and all of Plaintiff's claims arose in the Eastern Division. General Order 349-A.

## CONCLUSION

By this Notice of Removal and the associated attachments, Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action.  Defendants intend no admission of fact, law or liability by this Notice, and expressly reserve all defenses, motions and/or pleas.  Defendants pray that the State Court Action be removed to this Court, that all further proceedings in the State Court Action be stayed, and that Defendants receive all additional relief to which they are entitled.

///

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1    *[Signature Block on Following Page]*

2

3    Dated:  March 25, 2010              LOCKE LORD BISSELL & LIDDELL LLP

4

5

6                                       By:  _____
                                             Nina Huerta
7                                            Daniel A. Solitro

8                                       Attorneys for Defendants
9                                       AMERICAN HOME MORTGAGE
                                        SERVICING, INC and DAVID FRIEDMAN
10

11   642658v.2
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

DEFENDANTS' NOTICE OF REMOVAL

# EXHIBIT 1

 **CT Corporation**

**Service of Process Transmittal**
02/23/2010
CT Log Number 516201084

TO: Eric Spett, Litigation Attorney
American Home Mortgage Servicing, Inc.
1525 Beltline Road
Coppell, TX 75019

RE: **Process Served in California**

FOR: American Home Mortgage Servicing, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Arletta Wright, Pltf. vs. American Home Mtg Servicing, Inc. and David Friedman, etc., Dfts.<br>Name discrepancy noted. |
| DOCUMENT(S) SERVED: | Notice, Notice of Case Management Conference, Summons, Complaint, Cover Sheet, Certificate, Attachment(s) |
| COURT/AGENCY: | Riverside County, Superior Court, Riverside, CA<br>Case # RIC10002617 |
| NATURE OF ACTION: | Fraud - did not disclose to plaintiff facts stating in writing that the principal balance of the loan would go up every day instead of going down monthly |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/23/2010 at 11:12 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service - file written response // 8/17/10 at 8:30 a.m. - Case Management Conference |
| ATTORNEY(S) / SENDER(S): | Arletta Wright<br>PO Box 891802<br>Temecula, CA 92589<br>951 520 7811 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 02/23/2010, Expected Purge Date: 02/28/2010<br>Image SOP<br>Email Notification, Eric Spett litigation@ahmsi3.com |
| SIGNED: | C T Corporation System |
| PER: | Nancy Flores |
| ADDRESS: | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

IRVING LEGAL

FEB 24 2010

DATE RECEIVED

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit ___1___, Pg. _6_

2-23-10      11:12Am

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4050 Main Street
Riverside, CA  92501
www.riverside.courts.ca.gov

NOTICE OF ASSIGNMENT TO DEPARTMENT FOR CASE MANAGEMENT PURPOSES
AND CASE MANAGEMENT CONFERENCE (CRC 3.722)

WRIGHT VS AMERICAN HOME MORTGAGE

CASE NO. RIC 10002617

This case is assigned to the Honorable Judge Douglas E. Weathers
in Department 03 as the case management department.
The Case Management Conference is scheduled for 08/17/10
at  8:30 in Department 03.

The plaintiff/cross-complainant shall serve a copy of this notice on
all defendants/cross-defendants who are named or added to the
complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6(2) shall be
filed in accordance with that section.

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of
California, County of Riverside, and that I am not a party to this
action or proceeding. In my capacity, I am familiar with the practices
and procedures used in connection with the mailing of correspondence.
Such correspondence is deposited in the outgoing mail of the Superior
Court. Outgoing mail is delivered to and mailed by the United States
Postal Service, postage prepaid, the same day in the ordinary course
of business. I certify that I served a copy of the foregoing
notice on this date, by depositing said copy as stated above.

Dated: 02/18/10              Court Executive Officer/Clerk

                       By: _____
                            THOMAS DANIELS, Deputy Clerk

ac;cmc;cmcb;cmch;cmct;cmcc
cmccb;cmcch;cmcct

Exhibit __1__, Pg. _7_

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

<table>
<tr><td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

American Home Mtg Servicing Inc & David Friedman, CEO

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Arletta Wright

</td><td>

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 18 2010

</td></tr>
</table>

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court Riverside County Civil
4050 Main Street, Riverside, California 92501, Phone: (951)955-4600

CASE NUMBER:
*(Número del Caso):* RIC-10002617

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Arletta Wright, P.O. Box 891802, Temecula, California 92589, Phone: (951)520-7811

DATE: 02-18-10
*(Fecha)*
Clerk, by _____, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
    under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
American LegalNet, Inc.

Exhibit 1, Pg. 8

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Arletta Wright<br>P.O. Box 891802<br>Temecula, California 92589 | |

TELEPHONE NO: (951)520-7811   FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Pro per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Riverside

STREET ADDRESS: 4050 Main Street

MAILING ADDRESS: P.O. Box 431

CITY AND ZIP CODE: Riverside, California 92501

BRANCH NAME: Riverside Superior Court Civil Division

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

FEB 18 2010

PLAINTIFF: Arletta Wright

DEFENDANT: American Home Mtg Servicing, Inc & David Friedman, CEO

[ ] DOES 1 TO _____

**CONTRACT**

[✓] COMPLAINT   [ ] AMENDED COMPLAINT *(Number):*

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT *(Number):*

**Jurisdiction (check all that apply):**

[ ] ACTION IS A LIMITED CIVIL CASE

Amount demanded [ ] does not exceed $10,000

[ ] exceeds $10,000 but does not exceed $25,000

[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint

[ ] from limited to unlimited

[ ] from unlimited to limited

CASE NUMBER:

RIC1000267

1. Plaintiff* *(name or names):*
   Arletta Wright
   alleges causes of action against defendant* *(name or names):*
   American Home Mortgage Servicing, Inc. & David Friedman, CEO

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
   [ ] except plaintiff *(name):*
   (1) [ ] a corporation qualified to do business in California
   (2) [ ] an unincorporated entity *(describe):*
   (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
   a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

   b. [ ] has complied with all licensing requirements as a licensed *(specify):*
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [✓] except defendant *(name):* American Home MSI   [✓] except defendant *(name):* David Friedman, CEO
   (1) [ ] a business organization, form unknown   (1) [ ] a business organization, form unknown
   (2) [✓] a corporation   (2) [ ] a corporation
   (3) [ ] an unincorporated entity *(describe):*   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*   (5) [✓] other *(specify):* a individual

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Code of Civil Procedure, § 425.12<br>American LegalNet, Inc.<br>www.FormsWorkflow.com

Exhibit ____/____, Pg. ____9____

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Wright vs American Home Mtg Servicing, Inc & David Friedman, CEO | |

4.   *(Continued)*
  b. The true names of defendants sued as Does are unknown to plaintiff.
    (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
        defendants and acted within the scope of that agency or employment.
    (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
        plaintiff.
  c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
  d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☐ Plaintiff is required to comply with a claims statute, and
    a. ☐ has complied with applicable claims statutes, or
    b. ☐ is excused from complying because *(specify):*

6. ☑ This action is subject to   ☑ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
    a. ☐ a defendant entered into the contract here.
    b. ☐ a defendant lived here when the contract was entered into.
    c. ☐ a defendant lives here now.
    d. ☐ the contract was to be performed here.
    e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
    f. ☑ real property that is the subject of this action is located here.
    g. ☐ other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
    more causes of action attached):*
    ☑ Breach of Contract
    ☐ Common Counts
    ☑ Other *(specify):*
        Fraud

9. ☑ Other allegations:
    defendants predatory lending violated federal and state laws Truth in Lending Act, Proximir's Truth in
    Lending Act, RESPA Section 6, Consumer Credit Protection Laws forcing plaintiff's home to foreclose.

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☑ damages of: $ 240,513.59
    b. ☐ interest on the damages
        (1) ☑ according to proof
        (2) ☐ at the rate of *(specify):*         percent per year from *(date):*
    c. ☐ attorney's fees
        (1) ☐ of: $
        (2) ☐ according to proof.
    d. ☑ other *(specify):*
        for such other relief as the Court deems just and fair.

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 02-17-10

Arletta Wright
_____
(TYPE OR PRINT NAME)

▶ *Arletta Wright*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

Exhibit   1  , Pg.  10

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Wright vs American Home Mtg ServicingInc& David Friedman,CEO | |

First _____   **CAUSE OF ACTION—Fraud**

    (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

FR- 1. Plaintiff *(name)*:  Arletta Wright

   alleges that defendant *(name)*:   American Home Mtg Servicing, Inc & David Friedman, CEO

   on or about *(date)*: 12-21-06          defrauded plaintiff as follows:

FR-2.  [✓]  Intentional or Negligent Misrepresentation
    a. Defendant made representations of material fact   [ ] as stated in Attachment FR-2.a   [✓] as follows:
       Defendants sold plaintiff a fraudulent Predatory Loan, did not disclose to plaintiff facts stating
       or, explaining in writing the fact the principal balance of the loan, would go up every day
       instead of going down monthly.  Plaintiff was sold a excessively high interest rate loan with
       hugh fees, defendants broke federal and state laws intentionally misleading plaintiff, some
       laws broken were Truth in Lending, Proxmire's Truth in Lending, RESPA Section 6,
       Consumer Protection Act, defendant caused destruction of plaintiff's credit history, plaintiff
       now in foreclosure, because of defendant's Predatory Loan.

    b. These representations were in fact false. The truth was   [✓] as stated in Attachment FR-2.b   [ ] as follows:
       Defendants committed fraud failed to disclose true facts about this predatory loan, this loan is
       fraudulent & deceptive, defendants have been abusive misleading regarding lending practices,
       impossible for the average person to maintain a loan balance consistently going up,
       impossible to refinance, defendants charged excessive prepayment penalties if plaintiff's' loan
       paid off prior to 3 yrs making it impossible for plaintiff to refinance or avoid foreclosure sale.

    c. When defendant made the representations,
       [✓]  defendant knew they were false, or
       [ ]  defendant had no reasonable ground for believing the representations were true.

    d. Defendant made the representations with the intent to defraud and induce plaintiff to act as described
       in item FIR-5. At the time plaintiff acted, plaintiff did not know the representations were false and believed
       they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

FR-3.  [✓]  Concealment
    a. Defendant concealed or suppressed material facts   [ ] as stated in Attachment FR-3.a   [✓] as follows:
       Defendants failed to disclose to plaintiff as required by RESPA Section 6, principal balance
       would continue to increase for life of the loan defendants concealed suppressed material facts.

    b. Defendant concealed or suppressed material facts
       [✓]  defendant was bound to disclose.
       [ ]  by telling plaintiff other facts to mislead plaintiff and prevent plaintiff from discovering the concealed
             or suppressed facts.

    c. Defendant concealed or suppressed these facts with the intent to defraud and induce plaintiff to act
       as described in item IFIR-5. At the time plaintiff acted, plaintiff was unaware of the concealed or suppressed
       facts and would not have taken the action if plaintiff had known the facts.

                                                                          Page _____ 1 _____

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Fraud**

Code of Civil Procedure, § 426.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit __1__, Pg. __11__

PLD-C-001(3)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Wright vs American Home Mtg ServicingInc& David Friedman,CEO | |

First _____
(number)

## CAUSE OF ACTION—Fraud

FR-4. ☐ Promise Without Intent to Perform
    a. Defendant made a promise about a material matter without any intention of performing it ☐ as stated in Attachment FR-4.a ☐ as follows:

    b. Defendant's promise without any intention of performance was made with the intent to defraud and induce plaintiff to rely upon it and to act as described in item FR-5. At the time plaintiff acted, plaintiff was unaware of defendant's intention not to perform the promise. Plaintiff acted in justifiable reliance upon the promise.

FR-5. In justifiable reliance upon defendant's conduct, plaintiff was induced to act ☐ as stated in Attachment FR-5
    ☑ as follows:
    Plaintiff continued to pay on defendants fraudulent Predatory Loan unaware the loan balance would never go down as long as plaintiff paid the interest only amount, plaintiff did not understand defendants Predatory Loan, defendants intentionally and negligently did not fully, explain thoroughly the terms of the Predatory Loan. Plaintiff relied on defendant to fully explain the terms of the loan as required by RESPA Section 6, and Truth in Lending Act. Defendants induced plaintiff to purchase the loan, not knowing plaintiff would lose money, plaintiff made a hugh down payment of the home of $150,000, because defendant did not explain the terms of the loan plaintiff was charged and lost a additional negative amount of $65,513.59 in real property equity and loan cost, because of the negative amortization predatory loan sold to plaintiff by defendants.

FR-6. Because of plaintiff's reliance upon defendant's conduct, plaintiff has been damaged ☐ as stated in Attachment FR-6 ☑ as follows:
    Plaintiff's home is currently in foreclosure due to defendants fraudulent, deceptive, abusive lending practices, defendants are threatening to sale plaintiff's home. Because of defendants fraud, plaintiff principal balance on the home has increased enormously from $542,700 on 12-21-06 to $608,213.59 as of 02-17-10 plaintiff should be reimbursed for equity loss of $65,513.59 and $150,000 dollars plaintiff put down on the home, plaintiff needs to relocate, if defendants refuse to modify this predatory loan. relocation cost will be $25,000, defendants have caused plaintiff a total of $240,513.59 in damages. As a result of defendants fraud, defendants did not comply with federal state laws and guidelines, defendants failed to comply with the Truth in Lending Act.

FIR - 7. Other:
    Defendants have destroyed plaintiff's credit history, made it impossible for plaintiff to refinance the loan, impossible to save the home, defendants should correct their fraudulent actions, by lowering the interest rate, reducing the principal balance by a justifiable reduced amount $65,513.59, bringing loan balance back to the original amount $542,700. making monthly payments affordable, defendants should work with plaintiff to modify the loan to a fixed affordable rate, defendants currently have made it impossible to reasonably to work with this abusive fraudulent predatory loan.

Page _____ 2 _____

Exhibit  1 , Pg. 12

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Wright vs American Home Mtg ServicingInc& David Friedman,CEO | |

Second _____   CAUSE OF ACTION—Breach of Contract
(number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*:  Arletta Wright

alleges that on or about *(date)*:  12-21-06
a  [✓] written   [ ] oral   [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*:
Arletta Wright & American Home Mtg Servicing Inc & David Friedman, CEO
[ ] A copy of the agreement is attached as Exhibit A, or
[✓] The essential terms of the agreement   [ ] are stated in Attachment BC-1   [✓] are as follows *(specify)*:

If the loan has an adjustable interest rate, the amount of the prepayment penalty may increase or decrease based on a change in the interest rate.  Loan number is 0031544893.

BC-2. On or about *(dates)*: 12-21-06
defendant breached the agreement by   [ ] the acts specified in Attachment BC-2   [✓] the following acts *(specify)*:

defendants committed fraud against plaintiff from the date the loan documents were signed due to predatory lending practices, federal and state laws require mortgage lenders to make the interest rate and total cost of a loan absolutely clear,defendants never gave plaintiff a disclosure stating plaintiffs principal loan balance would go up every day, month and year, laws that were broken by defendants were Truth In Lending Act and RESPA Section Six.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4   [✓] as follows *(specify)*:
defendants predatory lending practices violated federal and state laws because defendants broke these laws plaintiff has loss $65,513.59 in home equity, plaintiff down payment was $150,000 and if defendants are not willing to modify this predatory loan defendants sold plaintiff, plaintiff relocation cost will be approximately $25,000.  Total damages for plaintiff is $240,513.59 as a result of defendants deceptive fraudulent lending practice and defendants predatory loan.

BC-5. [ ]   Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $ _____
[ ] according to proof.

BC-6. [✓] Other:
as a result of defendants fraudulent predatoy lending it should be mandatory for defendants to correct the wrongful illegal actions, plaintiff should be entitled to a lower mortgage fixed interest rate, lower house note payment, all arrears should be put at the end of the loan balance, no up front cost for plaintiff to pay because of being delinquent on plaintiff's loan, stop all foreclosure actions and all foreclosure pending sale of plaintiff's home.

Page _____ 1

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]     CAUSE OF ACTION—Breach of Contract     Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Exhibit ___/___, Pg. _13_

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Arletta Wright<br>P.O. Box 891802<br>Temecula, California 92589 | |

TELEPHONE NO: (951)520-7811     FAX NO.:

ATTORNEY FOR *(Name):* Pro per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: P.O. Box 431
CITY AND ZIP CODE: Riverside, California 92501
BRANCH NAME: Riverside Superior Court Civil Division

CASE NAME:
Wright vs American Home Mtg Servicing, Inc & David Friedman, CEO

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☑ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 02-17-10
Arletta Wright
_____
*(TYPE OR PRINT NAME)*                                     ▶ *(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)*

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

American LegalNet, Inc.

Exhibit __1__, Pg. __14__

## SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

| | | | |
|---|---|---|---|
| ☐ | BANNING 135 N. Alessandro Road, Banning, CA 92220 | ☐ MURRIETA 30755-D Auld Road, Murrieta, CA 92563 | |
| ☐ | BLYTHE 265 North Broadway, Blythe, CA 92225 | ☒ RIVERSIDE 4050 Main St, Riverside, CA 92501 | |
| ☐ | HEMET 880 N. State St, Hemet, CA 92543 | ☐ RIVERSIDE 4175 Main St, Riverside, CA 92501 | |
| ☐ | INDIO 46-200 Oasis St, Indio, CA 92201 | ☐ TEMECULA 41002 County Center Dr., #100, Temecula, CA 92501 | |
| ☐ | MORENO VALLEY 13800 Heacock St. #D201, Moreno Valley, CA 92553 | | |

Name and Address
Arletta Wright
P.O. Box 891802
Temecula, California 92589
Pro per

Attorney for Plaintiff
or Party without Attorney

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF Riverside

FEB 18 2010

Arletta Wright

                                          Plaintiff(s)

VS.

American Home Mtg Servicing Inc &
David Friedman, CEO

                                          Defendant(s)

CASE NO.  RIC1000261?

CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the
Superior Court County of Riverside Court for the following reason:

☒  The action arose in this judicial district.

☐  The action concerns real property located in this judicial district.

☐  The defendant resides in this judicial district.

Arletta Wright

Dated:  02-17-10                    Signed by: _Arletta Wright_
                                                ATTORNEY FOR PLAINTIFF(S)
                                                OR PARTY WITHOUT ATTORNEY

                                                Pro per

Exhibit _1_, Pg. _15_

1  Arletta Wright
   P.O. Box 891802
2  Temecula, California 92589
   Phone: (951)520-7811
3

4         Superior Court of the State of California in and of the County of Riverside
                                    Civil Division
5

6  Arletta Wright,                          Case No.
              Plaintiff,                    Cause of Action:  Fraud, Breach of Contract
7

8

9  American Home Mortgage Servicing, Inc. &              IRVING LEGAL
   David Friedman, CEO
10                        Defendants,                    FEB 2 4 2010

11 Nature of Complaint
   Plaintiff Alleges:                                    DATE RECEIVED
12

13 1.  This court is the proper court for the action because:
   2.  Incidence of violation of Fraud and Breach of Contract took place in this area served by the court.
   3.  The amount of damages claimed in this action does exceed $25,000.
14
   The act of taking advantage of plaintiff for monetary gain.  Which includes charging extremely high
15
   interest rates and fees.  The Predatory Lending Practices imposed by the defendants have turned
16
   plaintiff dreams of homeownership into a nightmare.  Defendants have tried to foreclose on
17
   plaintiff's real property.  Plaintiff is in foreclosure as a result of defendants unfair, deceptive,
18
   abusive, wrongful, fraudulent lending practices.  Defendants have violated several federal and state
19
   laws, Truth in Lending Act, Proxmire's Truth in Lending Act, Real Estate Procedures Act (RESPA),
20
   Section 6, Consumer Credit Protection Act.  Proxmire's Truth in Lending Act requires mortgage
21
   lenders to make the interest rate and total cost of a loan absolutely clear.  This was not done by
22
   defendants.  Defendants had a responsibility to disclose the fact that plaintiff's principal loan balance
23
   balance would continue to go up instead of down for the life of the Predatory loan.  Plaintiff will
24
   continue to lose thousands of dollars of real property equity for the life of the Predatory Loan.
25
   Defendants  intentionally, knowingly, negligently, deceived plaintiff into a predatory loan.
26
   Forcing plaintiff into foreclosure.  As a result of defendants fraudulent deceptive wrongful
27
   abusive lending practices.
28

Exhibit  1 , Pg. 16

# I.
## CAUSE OF ACTION FRAUD

Fraud is an intentional misrepresentation of material existing fact made by one person to another with knowledge of its falsity and for the purpose of inducing the other person to act, and upon which the other person relies with resulting injury or damage. Fraud may also be made by an omission or purposeful failure to state material facts, which nondisclosure makes other statements misleading. Statements can be written or oral statements. Fraud can be a person, company or agency making a promise did so without any present intent to perform it or with a positive intent not to perform it. The false statement written or oral omission is material, meaning that it was significant to the decision to be made. Fraud was committed against the plaintiff by defendants due to the fact that defendants knowingly and intentionally, not mistakenly or accidentally, knew of the falsity of this mortgage loan. Defendants acted in negligent disregard of its truth or falsity. Defendants intended to injury plaintiff due to the fact defendants were well aware that this Negative Amortization Loan would increase the plaintiff's loan balance and rob the plaintiff of plaintiff's equity on the plaintiff's home. Plaintiff relied on the defendants misrepresentation or omission which resulted in plaintiff's Damages. Damages of foreclosure status of plaintiff's home. If it were not for fraudulent actions of the defendants, plaintiff's home would not be in foreclosure. Due to the fact defendants sold plaintiff a Predatory Loan. Injury and damages to plaintiff is the threat of plaintiff's property being sold, and the fact that plaintiff's real property is in foreclosure status, which means damage and injury to plaintiff credit history, making it impossible for plaintiff to refinance plaintiff's real property. Defendants caused this injury and damages to plaintiff and it would not have occurred if defendants had not sold plaintiff a fraudulent Predatory Loan..

Exhibit _1_, Pg. _17_

**I.**

## CAUSE OF ACTION FRAUD

Which is a form of robbery, robbing plaintiff of thousands of dollars of home equity.

Defendants have forced plaintiff to foreclosure due to a deceptive, unfair, unlawful,

Fraudulent Predatory Loan with excessive hugh fees and extremely high interest rates.

Defendants have stripped plaintiff's wealth and income. Defendants have sold plaintiff this

Predatory loan with enormous hidden fees. Defendants charged plaintiff for unnecessary products,

and terms designed to trap plaintiff into outrageous debt. Defendants have concealed expensive

details regarding this Predatory Loan.   Defendants intentionally misrepresented the truth in writing

for the purpose of obtaining thousands of dollars in profit, defendants induced plaintiff . Defendants

intented to rob plaintiff, this is a was mortgage fraud, mortgage abuse. Defendants abused plaintiff's

finances by intentional causing plaintiff to go into excessive, enormous debt, hurting, injuried plaintiff's

life savings, this treatment by defendants  is wrongful, unreasonable, unjustifiable, deceptive, fraudulent

treatment in written and oral actions.

Defendants Predatory Loan sold to plaintiff is unjustified, risk based pricing, charging more in the form

of higher interest rates and fees. Plaintiff was unaware of the terms or meaning of the loan at the time

Plaintiff signed for this Predatory Loan sold by defendants. Plaintiff was unware the balance of

plaintiff's real property would go up instead of down, every year plaintiff's principal balance on the real

property would increase instead of decease. Plaintiff was unware plaintiff was signing fraudulent loan

terms, defendants cleverly designed this Predatory Loan sold to plaintiff, to be very difficult to meet the

terms, defendants designed this fraudulent loan to keep the plaintiff coming back and renewing this

fraud loan, defendant used aggressive, deceptive tactics to entice plaintiff to borrow, a fraud loan that

made it impossible for plaintiff to repay, making plaintiff vulnerable to foreclosure, defendants preyed on

plaintiff as a subprime borrower. Defendants applied a bait and switch approach, using balloon payments

1

2

1.

CAUSE OF ACTION FRAUD

3   which force plaintiff to refinance. Defendants structured this Predatory Loan whereas plaintiff would

4   not be able to afford the home loan. Plaintiff has been victimized by defendants charging wrongful,

5   unlawful excessive fees. Defendants injuried plaintiff with unscrupulous lending practices.

6   defendants have been unfair, unjustified and injuried plaintiff by. Creating a payment schedule that

7   does not fully pay off the principal balance by the end of the term of plaintiff's real property loan.

8   defendants created a payment schedule that causes the principal balance to increase. Defendants

9   have stripped plaintiff of home equity, forced plaintiff into foreclosure, destabilized plaintiff's family

10  life. Defendants have taken advantage of plaintiff with Predatory Lending practices. Defendants have

11  demonstrated unwillingness to work with plaintiff to resolve the fraudulent situation defendants

12  have created for plaintiff. Yet, defendants are unwilling to resolve this fraudulent situation. By

13  sending plaintiff warning letters of foreclosure threatening to sell plaintiff's home. Defendants

14  have intentionally misled plaintiff's and put plaintiff's in a precarious financial situation. Plaintiff

15  are in a troubled financial situation and have turned to defendants for assistance and defendants

16  have turned plaintiff away. This is absolute fraud, because the Predatory fraudulent Loan was sold

17  to plaintiff by defendants. Defendants Predatory Loan have resulted in plaintiff defaulting on

18  plaintiff's mortgage loan, caused plaintiff financial loss, emotional injury to plaintiff and plaintiff's

19  family.

20  Defendants Predatory lending is unfair, abusive loan terms placed on plaintiff. Defendants took

21  advantage of plaintiff's lack of understanding of very complicated loan terms. Defendants

22  intentionally deceived plaintiff through misrepresentation and fraud. Defendants have turned

23  plaintiff's dream of homeownership into a nightmare. Defendants Predatory has totally caused

24  plaintiff foreclosure which could result in plaintiff's real property to be sold. Defendants Predatory

25

26

27

28

Exhibit ___1___, Pg. _19_

# I.
## CAUSE OF ACTION FRAUD

Lending and adjustable rate mortgage loan has made it extremely difficult for plaintiff. Defendants have made it impossible for plaintiff to do a loan modification or a refinance because now plaintiff has foreclosure status on plaintiff's credit history. Defendant have intentionally injured plaintiff because of defendants wrongful, deceptive, abusive, fraudulent Predatory Lending Practices. Plaintiff life has been negatively turned upside down emotionally and financially. This foreclosure has negatively affected plaintiff and plaintiff's family.

# II.
## CAUSE OF ACTION BREACH OF CONTRACT DEFENDANTS VIOLATED FEDERAL LAWS TRUTH IN LENDING ACT, PROXMIRES TRUTH IN LENDING ACT, TITLE I CONSUMER CREDIT PROTECTION ACT

A Breach of Contract is a legal concept in which a binding agreement for bargained for Exchange is not honored by one or more of the parties to the contract by non-performance, Or interference with the other party's performance. Defendants fail to perform, obey and Are in violation of Federal and State Laws. Plaintiff is protected against unfair lending Practices under the Truth in Lending Act. Truth in Lending Act requires the defendants To honestly disclose all loan details. So that the plaintiff can compare rates with other lenders. Defendants violated the Truth and Lending Act, by not fully disclosing to plaintiff the true Terms and conditions of this mortgage loan. Defendants violated this federal law, Truth in Lending Act, by intentionally placing plaintiff in loan products with significantly Worse terms and higher costs than loans offered to similarly qualified consumers. For the Primary purpose of enriching the defendants with little or no regard for the costs to plaintiff. Defendants have been unscrupulous toward plaintiff . Defendants were obligated by Federal

Exhibit ___/___, Pg. 20

## II.
### CAUSE OF ACTION BREACH OF CONTRACT DEFENDANTS VIOLATED FEDERAL LAWS TRUTH IN LENDING ACT, PROXMIRES TRUTH IN LENDING ACT, TITLE I CONSUMER CREDIT PROTECTION ACT

and State Laws to reduce confusion plaintiff had regarding the Negative Amortization Loan.

Resulting from different methods of computing interest and prevent fraud, deception and

Unfair business practices. Defendants had a legal obligation to disclose certain basic

Information so that plaintiff could understand exactly what the mortgage loan costs were.

The Truth in Lending Act requires that the terms in transactions involving consumer credit

Be fully explained to the prospective borrower. The Federal Truth in Lending Act, requires

Mortgage lenders to disclose all the various credit terms in a mortgage loan. Therefore,

Plaintiff is protected from unfair, abusive, wrongful, deceptive, fraudulent Predatory Lending

Loans and Practices, that the defendants in this case have subjected the plaintiff to. Plaintiff

Is also protected by the Consumer Credit Protection Act passed in 1968, requiring all credit

lenders to be explicit about the true costs of credit transactions, by requiring clear disclosure

of key terms of the lending arrangement and all costs. Proxmire's Truth in Lending Act

requires mortgage lenders to make the interest rate and total cost of a loan absolutely clear.

Defendants violated the Proxmire's Truth in Lending Act. By failing to make clear to the

Plaintiff the major fact that plaintiff's principal loan balance would go up every, month and

every year plaintiff paid on defendants Predatory fraudulent Negative Amortization Loan.

Defendants have demonstrated unwillingness to work with plaintiff professionally.

Plaintiff has consistently received none responsive customer service from defendants.

Plaintiff has consistently contacted defendants to no avail. By fax, telephone, and written

Correspondence. Plaintiff has conscientiously tried to work cooperatively with defendants.

To reach a reasonable solution in hopes of avoiding foreclosure. No reasonable solution has

Exhibit __1__, Pg. _21_

II.

CAUSE OF ACTION BREACH OF CONTRACT DEFENDANTS VIOLATED FEDERAL LAWS
TRUTH IN LENDING ACT, PROXMIRES TRUTH IN LENDING ACT,
TITLE I CONSUMER CREDIT PROTECTION ACT

met. Defendants Predatory Lending supports a credit system that promotes inquality, poverty

which placed plaintiff into a higher interest rate loan than plaintiff credit rish would call for.

Plaintiff is eligible for a loan in the so called prime maret. However, plaintiff was channeled

Into a more expensive fee padded loan, in the subprime market, supposedly just for credit risks.

The result was defendants ended up padding defendants profit margins by draining away plaintiff

equity, built in plaintiff home over the years. Defendant used computers to determine plaintiff's

credit risk in ways that make predatory lending easier. This has imposed unfair abusive loan terms

on plaintiff. Defendant has aggressive sales tactics, taking advantage of plaintiff's lack of

understanding, of extremely complicated transactions was outright deception.

Defendants deceptive illegal mortgage practices put plaintiff into a loan with devastating financial

consequences. Plaintiff in good faith has attempted to mediate this loan. Defendant is the true

beneficiary of plaintiff's real property.

Plaintiff has a right to have plaintiff's property assessed on current fair market value. Plaintiff's

Real property was intentionally price hyper inflated. Caused plaintiff to enter into a loan

Requiring plaintiff, to pay back far more value than the property is worth. In turn depriving

Plaintiff of security that was represented. It is not a reasonable assumption plaintiff acting with full

Knowledge of true facts. Would not have purchased such an security of real property.

III.
CAUSE OF ACTION BREACH OF CONTRACT DUE TO VIOLATION OF THE
REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA)

Defendants violated the Real Estate Settlement Procedures Act (RESPA). The purpose of

(RESPA) is to eliminate kickbacks and referral fees that unnecessarily increase the costs

Of certain settlement services. RESPA, requires that plaintiff receives disclosures at various

Times. Defendants disclosures should have spelled out the fact that plaintiff's mortgage loan

Balance would continue to go up every month instead of going down. Defendants did not

Outline loan servicing and escrow account practices to plaintiff. Nor did defendants explain to

Plaintiff the relationship between settlement service providers. Defendants increased plaintiff's

Settlement servicing costs. The plaintiff has a right according to RESPA Law to bring a lawsuit

For violations of Section six of RESPA within three years and may obtain damages, as well as

Additional damages if the pattern of noncompliance continues to be a pattern towards plaintiff.

Plaintiff has repeatedly telephoned defendants requesting defendants work with plaintiff to

avoid foreclosure. Defendants have absolutely refused to work with plaintiff to reach a reasonable

solution to plaintiff serious foreclosure problem which defendants created and forced plaintiff into

foreclosure. This is a Breach of Contract on the part of defendants it is unprofessional wrongful

actions.

Exhibit  1 , Pg. 23

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IV.

## CONCLUSION BREACH OF CONTRACT AND MORTGAGE FRAUD COMMITTED BY DEFENDANTS

Predatory Lending is a dishonest, deceptive practice, a form of robbery by defendants.

In order for defendants to take advantage of plaintiff. Defendants gave plaintiff a type of

mortgage loan that falls between appropriate risk based pricing and blatant fraud and combines

certain products, terms, prices and practices. Defendants extended plaintiff this loan without

making sure the plaintiff understood the terms of the loan. Not educating plaintiff on the fact

this Negative Amortization Loan would go up every month instead of going down. Defendants

did not inform plaintiff in order for plaintiff to make a wise careful decision. Defendants did not

make a honest effort to guarantee to be helpful in assisting plaintiff to retain ownership of

Plaintiff's home in the future. Defendants are were negligent and displayed willfully

Disregard for federal and state laws. Such as, Truth in Lending Act, Proxmire Truth in Lending

Act, Consumer Credit Protection Act Title I, Real Estate Settlement Procedures Act (RESPA)

Section Six.

Exhibit ___1___, Pg. _24_

V.

## PLAINTIFF PRAYS THE COURT WILL GRANT THE FOLLOWING

Plaintiff prays the court will grant plaintiff $240,513.59 in damages for the cost of defendants

Predatory Fraudulent Loan Practices. Plaintiff put $150,000 down on the home. Plaintiff lost

$65,513.59 in negative home equity. From the time plaintiff home was purchased til February 2010.

If defendants do not modify plaintiff home. Plaintiff moving cost will be approximately

$25,000. Total cost will be $240,513.59. Defendants should modify plaintiff home to a fixed

rate. Correct the fraudulent lending practices defendants committed towards plaintiff

Defendants breached the mortgage contract, defendants    violated federal and state laws,

the Truth in Lending Act, Proxmire's Truth in Lending Act, these to federal laws state,

lenders are required to make the interest rate and total cost of a loan absolutely clear.

(RESPA) Section 6, states lenders must disclose all the facts and terms of an mortgage loan.

Defendants did not give any disclosures whatsoever that stated plaintiff's mortgage loan

would go up every month instead of going down, on a Negative Amortization Loan.

Defendants have robbed plaintiff of a home of plaintiff's dreams, robbed plaintiff of plaintiff's

equity on plaintiff real property. Defendants deceived plaintiff into believing plaintiff had a

excellent deal. Denied plaintiff opportunities for Future Prospective Economic Advantage.

Plaintiff has essential totally lost the value in plaintiff's home. While defendants consistently

Exhibit __1__ , Pg. 25

ignore plaintiff's request for mortgage loan modification.  Which plaintiff qualifies for.

Plaintiff prays the court will grant the thousands of dollars plaintiff has lost in this real property

with the deceptive transactions defendants have commited towards plaintiff.  Plaintiff prays

court will honor the grants of forcing defendants to make this fraudulent home loan transaction

contract right in accordance with the federal and state laws.  Which stand firm on Truth in Lending

Act which passed in 1969.   Plaintiff's home should not be in foreclosure nor should plaintiff's

home be sold due to the wrongful, deceptive, abusive, fraudulent actions of defendants.

Respectfully submitted,


_Arletta Wright_ 2-17-10

Signature:  Arletta Wright, Pro per          Dated

STATE OF CALIFORNIA          )                  **PROOF OF SERVICE**

COUNTY OF LOS ANGELES    )  ss.

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. On March 25, 2010, I served the foregoing document described as:

### DEFENDANTS' NOTICE OF REMOVAL
#### [28 U.S.C. §§ 1331, 1332 and 1441]

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

☐    **BY PERSONAL SERVICE.** I placed ___ the original or ___ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

☐    **BY FACSIMILE TRANSMISSION.** I caused ___ the original or ___ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☑    **BY MAIL.** I placed ___ the original or ✓ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐    **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

☐    **BY EXPRESS MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐    **BY FEDERAL EXPRESS.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071, to an authorized courier or driver authorized by Federal Express to receive documents.

☐    **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑    **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on March 25, 2010, at Los Angeles, California.

_____
Antoinette Y. Taylor

1

<u>Service List</u>

2

Arletta Wright                                    *Plaintiff, Pro Se*

3  P.O. Box 891802
   Temecula, California  92589

4  Telephone:      (951) 520-7811

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## EDCV10- 447 VAP (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>ARLETTA WRIGHT | **DEFENDANTS**<br>AMERICAN HOME MORTGAGE SERVICING, INC.<br>DAVID FRIEDMAN |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing<br>yourself, provide same.)<br>(PRO SE)<br>P.O. Box 891802, Temecula, California 92589<br>Tel: (951) 520-7811 | Attorneys (If Known)<br>Nina Huerta, Esq. / Daniel A. Solitro, Esq.<br>Locke Lord Bissell & Liddell LLP<br>300 South Grand Avenue, Suite 2600, Los Angeles, California 90071<br>Tel: (213) 485-1500  Fax: (213) 485-1200 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT:** $ $240,513.59

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. §§ 1331, 1332 and 1441

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   5:10- 447

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
  ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Arletta Wright (Riverside County, California) | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| | American Home Mortgage Servicing, Inc. (Delaware / Texas)<br>David Friedman (Texas) |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
| --- | --- |
| Riverside County, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _Donald C. Oshee_        Date _March 25, 2010_

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

STATE OF CALIFORNIA         )           **PROOF OF SERVICE**
COUNTY OF LOS ANGELES    )  ss.

       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. On March 25, 2010, I served the foregoing document described as:

### CIVIL COVER SHEET

on the parties or attorneys for parties in this action who are identified on the attached service list, using the following means of service. (If more than one means of service is checked, the means of service used for each party is indicated on the attached service list).

☐   **BY PERSONAL SERVICE.** I placed ___ the original or ___ a true copy of the foregoing document in sealed envelopes individually addressed to each of the parties on the attached service list, and caused such envelope to be delivered by hand to the offices of each addressee.

☐   **BY FACSIMILE TRANSMISSION.** I caused ___ the original or ___ a true copy of the foregoing document to be transmitted to each of the parties on the attached service list at the facsimile machine telephone number as last given by that person on any document which he or she has filed in this action and served upon this office.

☑   **BY MAIL.** I placed ___ the original or _✓_ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. Each envelope was mailed with postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐   **BY E-MAIL.** I caused the foregoing document(s) to be transmitted by e-mail electronic transmission to the e-mail address on the attached service list as last given by that person on any document which he or she has filed in this action and served upon this office.

☐   **BY EXPRESS MAIL.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped individually addressed to each of the parties on the attached service list, and caused each such envelope to be deposited in the mail at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071. Each envelope was mailed with Express Mail postage thereon fully prepaid. I am readily familiar with this firm's practice of collection and processing of correspondence for mailing. Under that practice, mail is deposited with the United States Postal Service the same day that it is collected in the ordinary course of business.

☐   **BY FEDERAL EXPRESS.** I placed ___ the original or ___ a true copy of the foregoing document in a sealed enveloped or package designated by Federal Express with delivery fees paid or provided for, individually addressed to each of the parties on the attached service list, and caused such envelope or package to be delivered at 300 South Grand Avenue, Suite 2600, Los Angeles, CA 90071, to an authorized courier or driver authorized by Federal Express to receive documents.

☐   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑   **(Federal)** I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

Executed on March 25, 2010, at Los Angeles, California.

 

_____
       Antoinette Y. Taylor

1

## Service List

2

Arletta Wright                              *Plaintiff, Pro Se*
3   P.O. Box 891802
Temecula, California  92589
4   Telephone:       (951) 520-7811

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28